UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WAYNE SMITH,<br><br>  Petitioner,<br><br>  v.<br><br>LARRY SMALL, Warden,<br><br>  Respondent. | NO. EDCV 08-1457-JHN (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. As modified below, the Court accepts the findings and recommendation of the Magistrate Judge.

The word "crime" on page 13, line 11 of the Report is changed to "time."

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: February 21, 2012

_____
JACQUELINE H. NGUYEN
United States District Judge