UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WAYNE SMITH,<br><br>　　　　Petitioner,<br><br>　v.<br><br>LARRY SMALL, Warden,<br><br>　　　　Respondent. | No. EDCV 08-1457-JHN (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 21, 2012

　　　　　　　　　　　　　　　　JACQUELINE N. NGUYEN
　　　　　　　　　　　　　　　　United States District Judge